IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

In Re: )
 )
CYRILL ATHANASIOS KOLOCOTRONIS. )

**ORDER**

  Cyrill Athanasios Kolocotronis is confined in a mental institution, having been found not guilty by reason of insanity. Therefore, the Prison Litigation Reform Act does not apply to him. Kolocotronis v. Morgan, 247 F.3d 726 (8th Cir. 2001). Mr. Kolocotronis has a guardian ad litem. He is also a frequent litigator in this court and has had numerous cases dismissed as frivolous under 28 U.S.C. § 1915(e). See, e.g., Kolocotronis v. Medrow, No. 02-4145 (W.D. Mo. 2002); Kolocotronis v. Osborne, No. 02-4147 (W.D. Mo. 2002); Kolocotronis v. Elliott, No. 02-4148 (W.D. Mo. 2002); Kolocotronis v. Harry, No. 02-4177 (W.D. Mo. 2002); Kolocotronis v. Harry, No. 02-4178 (W.D. Mo. 2002); Kolocotronis v. Zeugin, No. 02-4201 (W.D. Mo. 2002). In order to facilitate court efficiency and to protect Mr. Kolocotronis' rights, it is

  ORDERED that Cyrill Athanasios Kolocotronis is forbidden to file any further lawsuits in this court without leave of court. It is further

  ORDERED that the clerk of court shall forward all complaints filed in the Central Division of this court by Cyrill Athanasios Kolocotronis to United States Magistrate Judge William A. Knox, who will determine whether the case should proceed, after consideration of the nature of plaintiff's allegations and whether he alleges some misconduct on the part of his guardian or whether plaintiff is in some real danger of harm which is not being adequately addressed by his guardian and the state.

/s/
NANETTE K. LAUGHREY
United States District Judge

Dated: August 28, 2003
Jefferson City, Missouri