IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| CYRILL A. KOLOCOTRONIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-4013-CV-C-NKL |
| | ) |
| GRETCHEN WILSON, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER**

On February 27, 2006, the United States Magistrate Judge recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's February 27, 2006, Report and Recommendation is adopted [4]. It is further

ORDERED that plaintiff is denied leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915, and his claims are dismissed, pursuant to the general order In re Cyrill Athanasios Kolocotronis (W.D. Mo. Aug. 28, 2003), and for failure to state a claim, pursuant to 42 U.S.C. § 1983.

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: March 28, 2006
Jefferson City, Missouri